tion because the State produced insufficient evidence to sustain this conviction.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).

him guilty of endangering the welfare of a child in the second degree. On appeal, defendant argues that the trial court erred in denying his motion for judgment of acquittal because the State failed to prove beyond a reasonable doubt that he was guilty of the crime.

No jurisprudential purpose would be served by a written opinion. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. The judgment is affirmed. Rule 30.25(b).

**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Samuel HAMM, Defendant/Appellant.**

**No. ED 89299.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 18, 2008.

Edward Thompson, St. Louis, for appellant.

April Porter, St. Louis, for respondent.

Before BOOKER T. SHAW, P.J., KATHIANNE KNAUP CRANE, J., and MARY K. HOFF, J.

#### ORDER

PER CURIAM.

Defendant, Samuel Hamm, appeals from the judgment entered after a jury found

**Kenny WOODS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 90148.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Nov. 18, 2008.

Meleaner Harvey, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen Kramer, for respondent.

Before NANNETTE A. BAKER, C.J., GEORGE W. DRAPER III, J., and KENNETH M. ROMINES, J.